IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 11-19901 |
| MARTHA BEAUSOLEIL | : | CHAPTER 13 BANKRUPTCY |
| Debtor | : | JUDGE PRICE-SMITH |
| | : | |

## NOTICE OF CHANGE OF ADDRESS
## OF DEBTOR

Notice is hereby given to this Honorable Court and all parties herein that effective this date, Debtor, Martha Beausoleil's, mailing address is as follows:

P.O. Box 220
Burton, OH 44021

The Clerk of Court is requested to make the appropriate entries on the record and notice schedule. Please send all notices to Debtor, Martha Beausoleil, at the address above.

Respectfully submitted,

/s/ ROBIN L. STANLEY
ROBIN L. STANLEY  #0076421
Attorney for Debtor
PETERSEN & IBOLD
401 South Street
Chardon, OH 44024
440-285-3511

CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Change of Address was sent via prepaid U.S. Mail and/or electronic mail this 11th day of December, 2015, to the following:

**Electronic Mail Service:**

Craig H. Shopneck, Trustee
(ch13shopneck@ch13cleve.com)

**Regular Mail Service:**

Office of The United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114

American Express
PO Box 297871
Fort Lauderdale, FL 33329

Bank of America
P O Box 15019
Wilmington, DE 19886-5019

Capital One Auto Finance
PO Box 60511
City of Industry, CA 91716-0511

Chase
OH4-7382
3415 Vision Drive
Columbus, OH 43219-6009

Chase
Cardmember Service
Po Box 15153
Wilmington, DE 19886-5153

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Citi Cards
P.O. Box 182564
Columbus, OH 43218

Citimortgage
PO Box 6241
Sioux Falls, SD 57117

Elan Fin Svc
777 E Wisconsin Ave
Milwaukee, WI 53202

Elan Financial
CB Disputes
PO Box 108
Saint Louis, MO 63166

GEMB/Lowes
PO Box 530914
Atlanta, GA 30353-0914

Home Depot
PO Box 6497
Sioux Falls, SD 57117

HSBC Bank (Best Buy)
Retail Services
P.O. Box 5238
Carol Stream, IL 60197

Huntington Banks
EA1W18
PO Box 182387
Columbus, OH 43218-2387

JC Penney
PO Box 965009
Orlando, FL 32896

Key Bank
PO Box 790408
Saint Louis, MO 63179-0040

Key Bank/GLHEC
2401 International
P.O. Box 7859
Madison, WI 53704

Mary York
14570 Aldersyde Dr.
Burton, OH 44021

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15222

PNC Bank
1900 East Ninth Street
Cleveland, OH 44114

Wells Fargo
PO Box 29704
Phoenix, AZ 85038

      /s/ ROBIN L. STANLEY
      ROBIN L. STANLEY  #0076421
      Attorney for Debtor
      PETERSEN & IBOLD